## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cockroft, Charlton

Printed:  9/3/08

Case Number:  08 B 07257
Judge:  Wedoff, Eugene R
Filed:  3/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 6,589.04 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 9,224.67 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 28.05 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 280.00 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 1,019.78 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 53.17 | 0.00 |
| 8. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | State Collection Service | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | California Student Aid | Unsecured | | No Claim Filed |
| 17. | Harris & Harris | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,194.71 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cockroft, Charlton

Printed:  9/3/08

Case Number:  08 B 07257

Judge:  Wedoff, Eugene R

Filed:  3/26/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

